(December 20, 1943.)

ETHEL FABER, Appellant, v. LOUIS FABER, Respondent.— Motion for reargument denied, without costs. Motion for leave to appeal to the Court of Appeals denied. [See 266 App. Div. 979.] Present — Close, P. J., Hagarty, Carswell, Johnston and Adel, JJ.

ETHEL FABER, Appellant, v. LOUIS FABER, Respondent.— Motion for substitution of attorney and to require the surrender of all papers granted to the extent of substituting the proposed new attorney, without prejudice to an application in the court of original jurisdiction for the turnover of· all papers. (Matter of Lydig, 262 N. Y. 408.) Present — Close, P. J., Hagarty, Carswell, Johnston and Adel, JJ.

S. FRANK FOLSOM, Appellant, v. GREAT ATLANTIC & PACIFIC TEA COMPANY et al., Respondents, et al., Defendants.— Motion for reargument denied, without costs. Motion for leave to appeal to the Court of Appeals denied. [See 266 App. Div. 1022.] Present — Close, P. J., Hagarty, Carswell, Johnston and Adel, JJ.

JENNIE GRAUS, Respondent, v. METROPOLITAN LIFE INSURANCE COMPANY, Appellant.— Motion for leave to appeal to the Appellate Division denied, without costs. [See 181 Misc. 6.] Present — Close, P. J., Hagarty, Carswell, Johnston and Adel, JJ.

In the Matter of THE CITY OF NEW YORK, Respondent, Relative to Acquiring Title to Real Property between Cornell Basin and Thurston Basin, Jamaica Bay (Idlewild Airport). IDLEWILD BEACH CO., INC., Appellant.— Motion for reargument denied, with ten dollars costs. Motion for leave to appeal to the Court of Appeals denied. [See 266 App. Div. 1022.] Present — Close, P. J., Hagarty, Carswell, Johnston and Adel, JJ.

In the Matter of C. HERBERT HENDRICKSON, an Attorney, Respondent. SUFFOLK COUNTY BAR ASSOCIATION, Petitioner.— Respondent disbarred and his name ordered to be struck from the roll of attorneys. The respondent, upon his own confession and plea of guilty, was convicted in the County Court of Suffolk County of the crimes of forgery in the first degree, forgery in the second degree, grand larceny in the first degree and grand larceny in the second degree. The crimes being felonies, his disbarment necessarily follows, pursuant to statute in such case made and provided. Present — Close, P. J., Hagarty, Carswell, Johnston and Adel, JJ.

In the Matter of the Application of JOHN J. RIORDAN for Reinstatement as an Attorney.— Application for reinstatement as an attorney and counselor at law denied. Present — Close,.P. J., Hagarty, Carswell, Johnston and Adel, JJ.

ROSALYN KAMPF, an Infant, by PHILIP KAMPF, Her Guardian ad Litem, Respondent, v. MAX YOKELL et al., Doing Business under the Name of CRESCENT ART LINEN COMPANY, Appellants.— Motion for leave to appeal to the Appellate Division granted. Present — Close, P. J., Hagarty, Carswell, Johnston and Adel, JJ.

JAMES LARSEN, Appellant, v. HOME OWNERS' LOAN CORPORATION, Respondent.— Motion for reargument denied, without costs. Motion for leave to appeal to the Court of Appeals denied. [See 266 App. Div. 1007.] Present — Close, P. J., Hagarty, Carswell, Johnston and Adel, JJ.

MILTON MAURER et al., Appellants, v. BOARD OF EDUCATION OF THE CITY OF NEW YORK, Respondent.— Motion for leave to appeal to the Court of Appeals denied. [See 266 App. Div. 1012.] Present — Close, P. J., Hagarty, Carswell, Johnston and Adel, JJ.